**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES G. RIGBY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION NO. 11-00373-KD-M** |
| | : | |
| **FIA CARD SERVICES, N.A., d/b/a** | : | |
| **BANK OF AMERICA,** | : | |
|     **Defendant.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 21, 2011, is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (Docs. 8,9) is **GRANTED** as follows: Count I is **dismissed with prejudice** since there is no billing error and therefore no violation of the FCBA; although Plaintiff voluntarily dismisses Count II without prejudice in his Response, Count II is **dismissed with prejudice;** Counts III and IV are **dismissed with prejudice** since Plaintiff fails to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the **21ˢᵗ** day of **December 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**