# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES G. RIGBY,** | : | |
|    Plaintiff, | : | |
| | : | |
| vs. | : | **CIVIL ACTION NO. 11-00373-KD-M** |
| | : | |
| **FIA CARD SERVICES, N.A., d/b/a** | : | |
| **BANK OF AMERICA,** | : | |
|    Defendant. | : | |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant FIA Card Services, N.A., d/b/a Bank of America.

    **DONE** and **ORDERED** this the **21st** day of **December 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**