IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JAMES G. RIGBY
                                        :
     Plaintiff,              :
                                        :
vs.                                     :   CIVIL ACTION 11-373-KD-M
                                        :
FIA CARD SERVICES, N.A.
d/b/a Bank of America
                                        :
     Defendant.             :
                             ORDER


     Pursuant to the Court's Order dated October 30, 2012

(Doc.41), the parties are **ORDERED** to, **not later than November 9,**

**2012,** meet and file a report pursuant to Fed.R.Civ.P. 26(f).


     DONE this 31st day of October, 2012.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE