```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JAMES G. RIGBY,                         :

    Plaintiff,                      :

                                    :

vs.                                     :    CIVIL ACTION 11-373-KD-M

                                    :

FIA CARD SERVICES, N.A.,
*d/b/a Bank of America*
                                    :

    Defendant.                      :

## ORDER

A settlement conference was held this date. The parties request that this action be dismissed with prejudice, each party to bear his or its own costs, provided that either party may reinstate the action within thirty (30) days if the settlement agreement is not consummated.

DONE this 13th day of November, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE